**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Thursday, June 07, 2018                                                      Hearing Room       304

10:15 AM
**6:18-14367    Malosi Junior Taeleifi**                                      Chapter 13

#18.00    Hrg re status conference

Docket       1

**Matter Notes:**

PRESENT:    Debtor(s):
_____ W. RADCLIFFE _____

_____, for creditor: _____

(  )   No further status conference shall occur. Debtors should review again the order setting this status conference to insure full compliance with its provisions.

(  )   The status conference is continued to _____, 2018 at 11:45 a.m.

(X)   The Court previously entered an order in this case setting an initial status conference in this chapter 13 case and directing the debtor(s) to appear today but no one did so. Accordingly, as discussed in the order setting the status conference, this bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

(  )   For the reasons stated on the record, the Court hereby dismisses this case with no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of the court and the provisions of the order setting this status conference. The dismissal of this bankruptcy case does not prevent the filing of another case by the debtor(s).

(  )   _____

_____

_____

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, June 07, 2018**                                    **Hearing Room    304**

---

**10:15 AM**

**CONT...    Malosi Junior Taeleifi**                              **Chapter 13**

**Tentative Ruling:**

    - NONE LISTED -

**Party Information**

**Debtor(s):**

    Malosi Junior Taeleifi                    Pro Se

**Trustee(s):**

    Rod  Danielson (TR)                        Pro Se